UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ANGELA LUSHER, on behalf of
Hannah E. Justice,

                                    Plaintiff,

                vs                                              7:05-CV-1110

COMMISSIONER OF SOCIAL SECURITY,

                                    Defendant.


- - - - -- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                        OF COUNSEL:

CONBOY, McKAY, BACHMAN & KENDALL, LLP         LAWRENCE D. HASSELER, ESQ.
Attorneys for Plaintiff
307 State Street
Carthage, NY 13619

HON. GLENN T. SUDDABY                          WILLIAM H. PEASE, ESQ.
United States Attorney for the                 Assistant U.S. Attorney
Northern District of New York
Attorney for Defendant
100 South Clinton Street
P. O. Box 7198
Syracuse, New York  13261-7198

OFFICE OF GENERAL COUNSEL                       BARBARA L. SPIVAK, ESQ.
Social security Administration                  Chief Counsel, Region II
26 Federal Plaza
New York, NY 100278

DAVID N. HURD
United States District Judge

## DECISION and ORDER

        Plaintiff brought this action on behalf of her daughter, HJ, pursuant to 42 U.S.C. §

405(g) for a review of a decision by the Commissioner which denied benefits.  By Report-

Recommendation dated February 29, 2008, the Honorable David E. Peebles, United States

Magistrate Judge, recommended that the defendant's motion for judgment on the pleadings be granted, the Commissioner's determination be affirmed, and plaintiff's complaint be dismissed in all respects.  No objections have been filed.

Based upon a careful review of entire file and the recommendations of Magistrate Judge Peebles, the Report-Recommendation is accepted in whole.  See 28 U.S.C. 636(b)(1). Accordingly, it is

ORDERED that

1. Defendant's motion for judgment on the pleadings is GRANTED;

2. The Commissioner's decision denying disability benefits is AFFIRMED;

2. The complaint is DISMISSED in all respects; and

3. The Clerk is directed to enter judgment accordingly.

IT IS SO ORDERED.

_____
United States District Judge

Dated:   May 28, 2008
         Utica, New York.