# United States District Court
## Northern District of New York

### JUDGMENT IN A CIVIL CASE

CASE NUMBER: 7:05-CV-1110

**ANGELA LUSHER, on behalf of**
**Hannah E. Justice**

- v -

**COMMISSIONER OF SOCIAL SECURITY**

[ ]   Jury verdict. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[xx]   Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Defendant's motion for judgment on the pleadings is GRANTED; the decision of the Commissioner of Social Security is AFFIRMED; and the complaint is DISMISSED in all respects, in accordance with the Order of the Honorable David N. Hurd, United States District Judge, filed May 29, 2008.

 May 29, 2008
**DATE**

*Lawrence K. Baerman*
Clerk of Court

C. Mergenthaler
(BY) DEPUTY CLERK

Entered and served on May 29, 2008